IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-1405-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL APPLICATION AND |
| ) | AFFIDAVIT FOR SEARCH WARRANT |
| JOEL ANTONIO MACEDO-FLORES ) | (UNDER SEAL) |
| a/k/a "Primo" ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-captioned matter, the Motion to Seal, and this Order be sealed by the Clerk until further order by this Court, except that a filed copy of the same be provided to the Office of the United States Attorney and the Federal Bureau of Investigation.

Dated: May 9, 2017

*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge

SL